[No. 16615-1-II.    Division Two.    December 30, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. ALLEN DALE HEUSER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-01236-2, Donald H. Thompson, J., entered October 15, 1992. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Alexander and Houghton, JJ.

[No. 14214-1-III.    Division Three.    January 3, 1995.]

THE COUNTY OF SPOKANE, ET AL, *Defendants*, DONALD C. BROCKETT, *Appellant*, v. LOCAL 1553, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-02483-0, Richard W. Miller, J., entered August 13, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J. Now published at 76 Wn. App. 765.

[No. 17619-0-II.    Division Two.    January 4, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. PATRICK MICHAEL GRAHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00035-8, Kenneth D. Williams, J., entered September 27, 1993. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Alexander, J.